**UNITED STATES DISTRICT COURT**         **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DARCEL JONES, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | §   CIVIL ACTION NO. 1:07-CV-074 |
| | § |
| ACE AMERICAN INSURANCE | § |
| COMPANY, ESIS, INC., and LINDA | § |
| ALSBROOK, | § |
| | § |
| Defendants. | § |

## ORDER OF REMAND

For the reasons set forth in the court's Memorandum and Order signed July 6, 2007,

Plaintiff Darcel Jones's action against Defendants ACE American Insurance Company, ESIS, Inc.,

and Linda Alsbrook is remanded to the 60th Judicial District Court of Jefferson County, Texas.

SIGNED at Beaumont, Texas, this 6th day of July, 2007.

_Marcia A. Crone_
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE